IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ALEX DELGADO-FIGUEROA<br>Defendant | CRIMINAL 06-327CCC |

**O R D E R**

Having considered the Report and Recommendation filed on June 15, 2007 **(docket entry 76)** on a Rule 11 proceeding of defendant Alex Delgado-Figueroa held before Chief Magistrate Judge Justo Arenas on June 14, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Alex Delgado-Figueroa is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 14, 2007. The **sentencing hearing is set for September 18, 2006, 2005 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 25, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge